**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARI ISRANI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURE ONE CAPITAL CORPORATION,<br><br>Defendant. | **Case No. 8:17-cv-00895**<br><br>**NOTICE OF SETTLEMENT** |

    NOW COMES Plaintiff, CHARI ISRANI ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis.  The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P.

1

41(a)(1)(A) within forty-five (45) days. Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated August 3, 2017,                    **MARTIN & BONTRAGER, APC**

                                         /s/ Nicholas J. Bontrager
                                         Nicholas J. Bontrager
                                         *Attorneys for Plaintiff*

## PROOF OF SERVICE

I filed electronically on this 3rd day of August, 2017, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 3rd day of August, 2017, to:

Debbie P Kirkpatrick
Sessions Fishman Nathan and Israel LLP
dkirkpatrick@sessions.legal

This 3rd day of August, 2017

s/Nicholas J. Bontrager
Nicholas J. Bontrager