**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiffs
CHARI ISRANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARI ISRANI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SECURE ONE CAPITAL CORPORATION,<br><br>　　　　Defendant(s). | Case No.: 8:17-cv-00895-JVS-JCG<br><br>**STIPULATION TO DISMISS** |

　　　NOW COMES Plaintiffs, CHARI ISRANI and Defendant, SECURE ONE CAPITAL CORPORATION, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of this matter. Plaintiff dismisses his individual claims with prejudice and the putative class claims without prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*. Each party to bear its own attorneys' fees and costs incurred.

- 1 -

STIPULATION TO DISMISS

RESPECTFULLY SUBMITTED,

Dated: August 24, 2017      **MARTIN & BONTRAGER, APC**

By: <u>/s/ Nicholas J. Bontrager</u>
    Nicholas J. Bontrager
    *Attorney for Plaintiffs*

Dated: August 24, 2017      **SESSIONS FISHMAN ISRAEL NATHAN &ISRAEL**

By: <u>/s/ Debbie P Kirkpatrick</u>
    Debbie P Kirkpatrick
    *Attorney for Defendant Secure One Capital Corporation*

# PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Suite 960, Los Angeles, CA 20028.  On August 24, 2017, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel
Debbie P. Kirkpatrick,
dkirkpatrick@sessions.legal

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on August 24, 2017, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager