UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARI ISRANI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SECURE ONE CAPITAL CORPORATION,<br><br>        Defendant(s). | Case No.: 8:17-cv-00895-JVS-JCG<br><br>**ORDER RE STIPULATION TO DISMISS** |

## ORDER RE STIPULATION TO DISMISS

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice and the putative class claims without prejudice is hereby approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 25, 2017        By: _/s/ James V. Selna_

                                                 James V. Selna
                                         United States District Judge